IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RHONDA GAIL MORRIS                                          PLAINTIFF

VS.                                                 CAUSE NO. 1:14-CV-00136-SA-DAS

WAL-MART STORES EAST, L.P.;
DERRICK YOUNG, in His Individual
Capacity; and STEVEN LANE, in His
Individual Capacity                                   DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Upon motion of Plaintiff [Docket 125] and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Default Judgment [Docket 125] is granted, and a judgment is entered in favor of Plaintiff Rhonda Gail Morris and against Defendant Steven Lane for $26,000 in compensatory damages. The judgment shall bear interest at the rate of 0.56% per annum.

SO ORDERED, this the 17th day of August, 2016.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**