IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RHONDA GAIL MORRIS                                                              PLAINTIFF

VS.                                                              CAUSE NO. 1:14-CV-00136-SA-DAS

WAL-MART STORES EAST, L.P.;
DERRICK YOUNG, in His Individual
Capacity                                                                       DEFENDANTS

FINAL JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury has rendered a verdict. The Court hereby orders that judgment be entered in favor of the Defendant.

SO ORDERED, this the 17th day of August, 2016.

                                                                   **/s/ Sharion Aycock**
                                                                   **U.S. DISTRICT JUDGE**